# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * * * * *
WILLIAM BARTMAN      *
as the legal representative of the estate of,      *
ANGELINE BARTMAN,      *
     *      No. 17-1290V
     Petitioner,      *      Special Master Christian J. Moran
     *
v.      *
     *      Filed: June 29, 2018
SECRETARY OF HEALTH      *
AND HUMAN SERVICES,      *
     *
     Respondent.      *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS[1]

On June 1, 2018, the petitioner filed a motion to dismiss stating that he "did not find persuasive evidence that Angeline Bartman's June 17, 2015 Prevnar13 vaccination caused her death." Petitioner qualifies for a voluntary dismissal of his petition under Vaccine Rule 21(a)(1)(A) because his motion was filed before service of the respondent's Rule 4 report. Petitioner's counsel noted that he will not seek an award of attorneys' fees and costs related to this case.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.